# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:  
DATICON, INC.  
DATICON TECHNOLOGY SERVICES, INC.

Debtor(s).

Case No. 06-30034 LMW

(CHAPTER 7)

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

__X__    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:  March 5, 2010

RONALD I. CHORCHES, Trustee  
449 SILAS DEANE HIGHWAY  
WETHERSFIELD, CT 06109  
(860) 563-3955

## EXHIBIT A

Case Name:     DATICON, INC.
Case Number:   06-30034

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Revenue Management<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | 2 | | $3.02 | |
| State of CT Dept of Labor<br>Unemployment Compensation Division Delin,<br>200 Folly Brook Boulevard<br>Wethersfield, CT 06109 | 5U | | $0.30 | |
| Allied Office Products<br>P.O. Box 31533<br>Hartford, CT 06150-1566 | 17 | | $1.56 | |
| Xiotech Corporation<br>Attn: Steve Snyder, 6455 Flying Cloud Drive<br>Eden Prairie, MN 55344-3305 | 21 | | $0.63 | |
| LextraNet<br>107 Union Wharf<br>Boston, MA 02109 | 34 | | $4.71 | |
| Kone, Inc.<br>P.O. Box 429<br>Moline, IL 61266-0429 | 40 | | $0.16 | |
| Infoshred LLC<br>P.O. Box 770<br>South Windsor, CT 06074 | 42 | | $0.98 | |
| Wolters Kluwer United States Inc.<br>c/o Ivey Barnum & O'Mara, 170 Mason Street<br>Greenwich, CT 06830 | 48 | | $0.21 | |
| Fed Ex Kinkos<br>PO Box 262682<br>Plano, TX 75026 | 52 | | $0.21 | |
| | | | $ 11.78 | $ 0.00 |

TOTAL AMOUNT REMITTED TO CLERK: