# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

```
-----------------------------------------:
In re:                                   :    Case No. 06-30034 LMW
DATICON, INC.                            :
DATICON TECHNOLOGY SERVICES, INC.        :    (CHAPTER 7)
                                         :
                                         :
            Debtor(s).                   :
                                         :
-----------------------------------------:
```

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: August 22, 2010

RONALD I. CHORCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109
(860) 563-3955

# EXHIBIT A

Case Name:    DATICON, INC.
Case Number:  06-30034

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Allied Office Products<br>P.O. Box 31533<br>Hartford, CT 06150-1566 | 17 | 931.82 | | 931.82 |
| Ceridian Corporation<br>Ceridian Employer Services Bankruptcy Pr<br>9150 South Hills Blvd #100<br>Broadview Heights, OH 44147 | 20 | 6.74 | | 6.74 |
| Key Equipment Finance In.<br>fka KEF<br>600 Travis Ste 1300<br>Houston, TX 77002 | 27 | 21.64 | | 21.64 |
| Minogue Birnbaum LLP.<br>130 West 57th St.<br>New York, NY 10019 | 53 | 7.44 | | 7.44 |
| Liberty Bank<br>c/o James Berman, Esq.<br>558 Clinton Ave.<br>Bridgeport, CT 06605 | 61 | 3,379.29 | | 3,379.29 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ | 4,346.93 |