UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:                                              Case No. 06-30034 LMW
DATICON, INC.
DATICON TECHNOLOGY SERVICES, INC.                   (CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: April 22, 2013

RONALD I. CHURCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT  06109
(860) 563-3955

# EXHIBIT A

Case Name:    DATICON, INC.
Case Number:  06-30034

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| CIT Technology Financing Services, Inc. Bankruptcy Processing Solutions, Inc. 800 E. Sonterra Boulevard, Suite 240 San Antonio, TX 78258 | 6 | 274.66 | | 274.66 |
| Federal Express Corporation Revenue Recovery/Bankruptcy 2005 Corporate Avenue, 2nd Floor Memphis, TN 38132 | 11 | 242.54 | | 242.54 |
| Allied Office Products P.O. Box 31533 Hartford, CT 06150-1566 | 17 | 954.62 | | 954.62 |
| Ceridian Corporation Ceridian Employer Services Bankruptcy Pr 9150 South Hills Blvd #100 Broadview Heights, OH 44147 | 20 | 104.87 | | 104.87 |
| Xiotech Corporation Attn: Steve Snyder 6455 Flying Cloud Drive Eden Prairie, MN 55344-3305 | 21 | 9.21 | | 9.21 |
| Key Equipment Finance In. fka amexbf 600 Travis Ste 1300 Houston, TX 77002 | 27 | 336.41 | | 336.41 |
| HQ Global Workplaces Inc. c/o Sullivan & Holston 4131 North Central Expressway Ste 980 Dallas, TX 75204 | 29 | 279.34 | | 279.34 |
| LextraNet 107 Union Wharf Boston, MA 02109 | 34 | 68.44 | | 68.44 |
| Wolters Kluwer United States Inc. c/o Ivey Barnum & O'Mara 170 Mason Street Greenwich, CT 06830 | 48 | 3.00 | | 3.00 |
| Minogue Birnbaum LLP. 130 West 57th St. New York, NY 10019 | 53 | 115.70 | | 115.70 |

| | | | |
|---|---|---|---|
| PAMCO<br>Andews & Young PC<br>216 Broad St.<br>New London, CT 06320 | 55 | 4,665.69 | 4,665.69 |

TOTAL AMOUNT REMITTED TO CLERK:                                    $_____   7,054.48